IN THE MATTER OF PAUL A. VIVERS, AN ATTORNEY AT LAW OF THE STATE OF NEW JERSEY.

Argued February 6, 1962—Decided February 19, 1962.

*Mr. Charles L. Bertini,* for the order.

No appearance for respondent.

The opinion of the court was delivered

PER CURIAM. Defendant pleaded *non vult* to seven indictments charging embezzlements, obtaining of money by fraud and fraudulent misappropriations, involving in all the approximate sum of $185,000. He was sentenced to a term in New Jersey State Prison.

An order for his disbarment will be entered.

*For disbarment*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.